IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02963-BNB
(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)

EDWIN MARK ACKERMAN,

    Applicant,

v.

THE PEOPLE OF THE STATE OF COLORADO,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 10 2010

GREGORY C. LANGHAM
                CLERK

---

### ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES

---

Applicant has submitted a Motion for Show Cause to the Court, which indicates his intent to file an action pursuant to 28 U.S.C. § 2254. He has failed either to pay the $5.00 filing fee or to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action. As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the submitted documents are deficient as described in this order. Applicant will be directed to cure the following if he wishes to pursue his claims. Any papers which Applicant files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   **X**   is not submitted
(2)   ___   is missing affidavit
(3)   ___   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   **X**   is missing certificate showing current balance in prison account

(5) __ is missing required financial information
(6) __ is missing an original signature by the prisoner
(7) __ is not on proper form (must use the court's current form)
(8) __ names in caption do not match names in caption of complaint, petition or habeas application
(9) __ An original and a copy have not been received by the court. Only an original has been received.
(10) X other: Motion is necessary only if $5.00 filing fee is not paid in advance.

**Complaint, Petition or Application:**
(11) __ is not submitted
(12) X is not on proper form (must use the court's current form)
(13) __ is missing an original signature by the prisoner
(14) __ is missing page nos. ___
(15) __ uses et al. instead of listing all parties in caption
(16) __ An original and a copy have not been received by the court. Only an original has been received.
(17) __ Sufficient copies to serve each defendant/respondent have not been received by the court.
(18) __ names in caption do not match names in text
(19) __ other _____

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above **within thirty days from the date of this order**. Any papers that Applicant files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Motion for Show Cause (Doc. No. 1) is construed as an intent to file a 28 U.S.C. § 2254 action and the Motion and Order for Free Transcripts (Doc. No. 2) is denied as premature. It is

FURTHER ORDERED that the Clerk of the Court mail to Applicant, together with a copy of this order, two copies of the following forms: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action. It is

FURTHER ORDERED that, if Applicant fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the Application and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED December 10, 2010, at Denver, Colorado.

                        BY THE COURT:

                        s/ Boyd N. Boland
                        United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02963-BNB

Edwin Mark Ackerman
Prisoner No. 87741
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 forms** to the above-named individuals on 12/10/10

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk