THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02963-BNB

EDWIN MARK ACKERMAN,

    Applicant,

v.

THE PEOPLE OF THE STATE OF COLORADO

    Respondent.



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 21 2011

GREGORY C. LANGHAM
CLERK

ORDER OF DISMISSAL

Applicant, Edwin Mark Ackerman, a Colorado state prisoner, initiated this action by filing a pleading titled "Motion for Show Cause" indicating his intent to file an action pursuant to 28 U.S.C. § 2254. In an order entered on December 10, 2010, Magistrate Judge Boyd N. Boland instructed Mr. Ackerman to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Ackerman to file his claims on a Court-approved form that is used in filing 28 U.S.C. § 2254 actions. Magistrate Judge Boland also directed Mr. Ackerman either to pay the filing fee in full or to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 along with required financial information.

Mr. Ackerman now has failed to file his claims on a proper Court-approved form as he was instructed to do and either submit a 28 U.S.C. § 1915 Motion and Affidavit or pay the $5.00 filing fee. Mr. Ackerman, therefore, has failed to cure the deficiencies within the time allowed. Accordingly, it is

ORDERED that the habeas application is denied and the action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure deficiencies. It is

FURTHER ORDERED that no certificate of appealability shall issue because Mr. Ackerman has not made a substantial showing that jurists of reason would find it debatable whether the procedural ruling is correct and whether the underlying claim has constitutional merit

DATED at Denver, Colorado, this  21st  day of      January      , 2011.

BY THE COURT:


  s/Lewis T. Babcock  
LEWIS T. BABCOCK, Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02963-BNB

Edwin Mark Ackerman
Prisoner No. 87741
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 1/21/11

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk